USCA1 Opinion

 

 March 31, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1990 ANTHONY SOLIMINE, Plaintiff, Appellant, v. DEDHAM DISTRICT COURT AND MASSACHUSETTS ATTORNEY GENERAL, Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon.Rya W. Zobel, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Anthony Solimine on brief pro se. ________________ ____________________ ____________________ Per Curiam. We have reviewed appellant's brief and __________ the record on appeal. We affirm the district court's order of dismissal which entered on August 23, 1994, essentially for the reasons stated in the court's memorandum and order of dismissal, dated August 18, 1994. Affirmed. _________ -3-